DOCKET NO. 533

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE SUBMERSIBLE LIQUID MANURE PUMP DISTRIBUTORSHIP LITIGATION

ORDER DENYING TRANSFER*

This litigation consists of three actions pending in three federal districts as follows: one action each in the District of Connecticut, the Southern District of Ohio and the District of Minnesota. Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, brought by H. J. Inc., d/b/a Anderson Dairy Supply, plaintiff in the Minnesota action and a defendant in the Connecticut action, to centralize the actions in this litigation in a single district for coordinated or consolidated pretrial proceedings.

On the basis of the papers filed and the hearing held, we find that Section 1407 transfer would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation. Given the minimal number of actions before us, movant has failed to persuade us that any common questions of fact involved in these actions are sufficiently complex, and that the accompanying discovery will be so time-consuming, as to justify Section 1407 transfer. See In re Scotch Whiskey Antitrust Litigation, 299 F. Supp. 543, 544 (J.P.M.L. 1969). Furthermore, we point out that suitable alternatives to transfer exist in order to minimize the possibility of duplicative discovery and/or conflicting pretrial rulings. See, e.g., In re Eli Lilly and Company (Cephalexin Monohydrate) Patent Litigation, 446 F. Supp. 242, 244 (J.P.M.L. 1978).

IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

*   Judge Edward S. Northrop took no part in the decision of this matter.

SCHEDULE A

MDL-533 -- In re Submersible Liquid Manure Pump Distributorship Litigation

### District of Connecticut

Flygt Corp. v. Anderson Dairy Co., et al., C.A. No. B-82-503

### Southern District of Ohio

Wolf Creek Co., Inc. v. Flygt Corp., C.A. No. C-3-82-540

### District of Minnesota

H. J. Inc., d/b/a/ Anderson Dairy Supply v. International Telephone & Telegraph Corp., et al., C.A. No. 4-82-1277